UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| Janet Ziegler, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. |
| ) | |
| Deaconess Hospital, Inc., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF REMOVAL

Defendant, Deaconess Hospital, Inc. ("Deaconess"), by counsel, hereby submits its Notice of Removal of this action, which is currently pending in the Vanderburgh County Superior Court. As grounds for its Notice of Removal, Deaconess states the following:

1. On July 31, 2023, Plaintiff, Janet Ziegler ("Ziegler") commenced a civil action against Deaconess by filing a complaint in the Superior Court for Vanderburgh County in Evansville, Indiana, Cause No.: 82D06-2307-CT-003612 ( "State Court Action").

2. Deaconess was served with the State Court Action on August 3, 2023. A true and accurate copy of Ziegler's Complaint for Damages filed in the State Court Action ("Ziegler's Complaint) is attached hereto as **Exhibit B – Ziegler's Complaint**. Because Deaconess has filed this Notice of Removal within thirty days of service, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b)(1).

3. In compliance with 28 U.S.C. § 1446(a) and Southern District of Indiana Local Rule 81-2(a) a true and accurate copy of the docket for the State Court Action with all process, pleadings, motions, orders, and all other filings filed in the State Court Action to date is attached hereto as **Exhibit A – State Court Action (Docket, Complaint, Appearance, Summons)**. No motions are currently pending in the State Court Action.

1

4. Under the federal removal statute, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant" to federal court. 28 U.S.C. § 1441(a). One category of cases of which district courts have original jurisdiction is cases "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331; *Aetna Health Inc. v. Davila*, 542 U.S. 200, 207 (2004).

5. In her complaint, Ziegler alleges violations of the Family Medical Leave Act, 29 U.S.C. § 2601, *et. seq.* ("FMLA"), the Americans with Disabilities Act, 42 U.S.C. § 12101, *et. seq*. ("ADA"), and the Rehabilitation Act, 29 U.S.C. § 701, *et seq*. ("Rehabilitation Act").

6. Because Plaintiffs' Complaint presents claims under the FMLA, ADA, and Rehabilitation Act, those claims present a federal question under 28 U.S.C. § 1331 within this Court's original subject-matter jurisdiction. Therefore, this case is properly removed under 28 U.S.C. § 1441(a).

7. The United States District Court for the Southern District of Indiana, Evansville Division, is the District Court of the United States for the district and division having jurisdiction over the Vanderburgh Superior Court. 28 U.S.C. § 94(b)(3). Therefore, this Court is the proper federal court for removal purposes.

8. Upon filing this Notice of Renewal, Deaconess will promptly provide a copy of this Notice of Removal to Ziegler, and will file a copy of this Notice of Removal with the Clerk of Courts for Vanderburgh County, Indiana.

**WHEREFORE**, Defendant respectfully requests that the United States District Court for the Southern District of Indiana, Evansville Division, assume jurisdiction of this matter as an action properly removed.

>Respectfully submitted,
>
>**KAHN, DEES, DONOVAN & KAHN, LLP**
>
>By: /s/ *Mark A. McAnulty*
>Mark A. McAnulty, IN#18764-53
>Nicholas J. Golding, IN#34603-82
>**KAHN, DEES, DONOVAN & KAHN, LLP**
>501 Main Street, Suite 305
>Post Office Box 646
>Evansville, Indiana 47735-3646
>Phone: (812) 423-3183
>Facsimile: (812) 423-3841
>Email: mmcanulty@kddk.com
>ngolding@kddk.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023, a copy of the foregoing document was served via First Class Mail on the following parties:

>Benjamin C. Ellis
>**HKM EMPLOYMENT ATTORNEYS**
>320 N. Meridian St., Ste 615
>Indianapolis, IN 46204
>*Attorneys for Plaintiffs*

>/s/ *Mark A. McAnulty*
>Mark A. McAnulty

#608065