**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| **JANET ZIEGLER,** )<br>　　　　　　　　　　　　　　　　) <br>　　　　**PLAINTIFF,** ) <br>vs.　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>**DEACONESS HOSPITAL, INC.,** ) <br>　　　　　　　　　　　　　　　　) <br>　　　　**DEFENDANT.** ) | **CAUSE NO. 3:23-CV-00129-MPB-CSW** |

### DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Come now Defendant, Deaconess Hospital, Inc. ("Deaconess") by counsel, and for its Preliminary Witness and Exhibit Lists state:

### PRELIMINARY WITNESS LIST

1. Nicole Bonnick, Practice Manager; Deaconess Hospital, Inc.

2. Sheri Brown, Manager, Corporate Benefits and Leave Management; Deaconess Hospital, Inc.

3. Lisa Castro, Former Nurse Practitioner; Deaconess Hospital, Inc.

4. Dr. Karen Canlas, MD, Gastroenterology; Deaconess Hospital, Inc.

5. Tammy Gish, Human Resources Specialist; Deaconess Hospital, Inc.

6. Sara Goedde, Senior HR Advisor; Deaconess Hospital, Inc.

7. Dr. Mia Hindi, MD, Gastroenterology; Deaconess Hospital, Inc.

8. Lisa Hirsch, Director, GI Center; Deaconess Hospital, Inc.

9. Dr. Shaukat Iftikhar, MD, Gastroenterology; Deaconess Hospital, Inc.

10. Ty Kahle, Manager, HR Advisor; Deaconess Hospital, Inc.

11. Diana Langton,. HR Senior Specialist; Deaconess Hospital, Inc.

12. Genia Lynn, Co-Lead IP Nurse Practitioner; Deaconess Hospital, Inc.

13. Courtney May, NP. Gastroenterology Advanced Practice Nurse; Deaconess Hospital, Inc.

14. Sherri Musgrave, Disability Case Manager; Deaconess Hospital, Inc.

15. Kimberly Vogt, Human Resources Advisor; Deaconess Hospital, Inc.

16. Any person listed as a witness by or on behalf of the Plaintiff, whether called by Plaintiff or not;

17. Any and all witnesses disclosed or identified by Plaintiff during the course of discovery;

18. Any and all witnesses subsequently identified;

19. Expert witnesses, if necessary, as yet undetermined; and

20. Any and all witnesses necessary for impeachment or rebuttal purposes.

Discovery is ongoing and does not include individuals who may be used for impeachment or rebuttal. Defendant reserves the right to supplement or otherwise amend the foregoing list of witnesses.

## PRELIMINARY EXHIBIT LIST

1. All pleadings in this case;

2. Deaconess' Employee Policies and Procedures;

3. Documents contained in Plaintiff's personnel file and other human resource and employment records maintained by Deaconess;

4. Plaintiff's payroll and attendance records;

5. All documents used during any deposition taken in this matter, whether attached as an exhibit to a deposition or not;

6. All discovery responses of any party;

7. All documents produced during discovery in this case;

8. Any and all documents relating to Plaintiff's work performance;

9. Any and all documents relating to Plaintiff's job duties;

10. Any and all documents regarding any request for leave by Plaintiff;

11. All documents identified in Plaintiff's Exhibit Lists;

12. All documents identified in the parties' Initial Disclosures;

13. All documents relating to Plaintiff's employment with Deaconess;

14. Any and all files, interviews, statements, videos, transcripts, and/or other documents describing or otherwise related to the investigation of the allegations made in Plaintiff's Complaint and/or the Charge of Discrimination against Defendant;

15. Any and all emails/text messages regarding Defendant in the Plaintiff's possession;

16. All statements and memos from, or relating to, witnesses or potential witnesses or persons contacted in connection with this case;

17. Any and all documents submitted to the EEOC and received therefrom;

18. Any other document in the possession of Defendant concerning Plaintiff's claims or its defenses;

19. All exhibits identified subsequent to the filing of this Preliminary Exhibit List; and

20. Any and all exhibits necessary for impeachment or rebuttal purposes.

Discovery is ongoing, and therefore, Defendant reserves the right to supplement or otherwise amend this Preliminary Exhibit List.

This list may be supplemented after discovery and does not include documents which may be used for impeachment or rebuttal. Discovery is ongoing and, therefore, Defendant reserve the right to supplement or otherwise amend the foregoing preliminary list of witnesses and exhibits. In the event that additional witnesses or exhibits are identified, Plaintiff will be promptly advised.

#625726

Respectfully submitted,

**KAHN, DEES, DONOVAN & KAHN, LLP**

By: */s/ Mark A. McAnulty*
Mark A. McAnulty, IN#18764-53

**KAHN, DEES, DONOVAN & KAHN, LLP**
501 Main Street, Suite 305
Post Office Box 646
Evansville, Indiana 47735-3646
Phone: (812) 423-3183
Facsimile: (812) 423-3841
Email: mmcanulty@kddk.com

## CERTIFICATE OF SERVICE

I hereby certify that on this **29th day of December, 2023,** a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's CM/ECF system:

Benjamin C. Ellis
HKM Employment Attorneys, LLP
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
Phone & Facsimile: (317) 824-9747
Email: bellis@hkm.com

/s/ *Mark A. McAnulty*
Mark A. McAnulty

4

#625726